USCA1 Opinion

 

 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit ____________________ No. 96-2089 PAULA KILCOYNE, Plaintiff - Appellant, v. BENTLEY COLLEGE, ET AL., Defendants - Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Bownes and Cyr, Senior Circuit Judges. _____________________ _____________________ J. Daniel Lindley for appellant. _________________ David C. Henderson, with whom Sharon R. Burger and Nutter, __________________ ________________ _______ McClennen & Fish, LLP were on brief for appellees. _____________________ ____________________ May 22, 1997 ____________________ Per Curiam. Upon full consideration of the record, Per Curiam. ___________ briefs and argument of counsel, we affirm the decision of the district court on the basis of its Memorandum and Order, dated August 2, 1996, on Defendant's Motion for Summary Judgment. Affirmed. Double costs are granted to appellees, ________ chargeable against appellant's counsel. See Fed. R. App. P. 38; ___ 28 U.S.C. 1927 ("Any attorney . . . who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."). -2-